IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHAN J. FOERST,<br>　　Plaintiff,<br><br>v.<br><br>EAN HOLDINGS, LLC, *et al.*,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-13-1825 |

## **DISMISSAL ORDER**

Pursuant to the parties' Stipulation for Dismissal [Doc. # 14], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

SIGNED at Houston, Texas, this 22nd day of **January, 2014**.

_____
Nancy F. Atlas
United States District Judge